IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 19-31737-H5-7 |
| SAUMEN PRASAD AND § | |
| AISHWARYA LAKSHMI, § | (Chapter 7) |
| § | |
| DEBTORS § | |

### NOTICE OF ABANDONMENT OR DISPOSITION OF PROPERTY

**NOTICE PURSUANT TO LOCAL RULE 9013**

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

You are hereby notified that the Trustee of the above-captioned estate intends to abandon property of the estate on or before 21 days after the date of this notice for the reason that such property is of inconsequential value or benefit to the estate, pursuant to 11 U.S.C. **§** 554(a). This notice shall serve as the Trustee's Application to Abandon Property of the estate. The property which is to be abandoned is described as follows:

Real property located at 21-1105 Kon Salve Road, Panvel, Navi Mumbai Maharashtra, India 410221.

A home on this property is under construction. Debtor's estimated value is $250.000.00 with a lien in the amount of $200,000.00. However, the loan on the property is in default and subject to foreclosure. The estate has no ability to bring the loan current, and therefore the Trustee believes that attempted liquidation of this asset is not in the best interest of creditors.

DATED: October 16, 2019.

*/s/ Timothy L. Wentworth*
_____
TIMOTHY L. WENTWORTH

1

OF COUNSEL:

CAGE, HILL & NIEHAUS, L.L.P.
5851 San Felipe, Suite 950
Houston, Texas 77057
Telephone: 713-789-0500
Telecopier: 713-974-0344
ATTORNEYS FOR LOWELL T.
CAGE, TRUSTEE

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of October, 2019, pursuant to Local Bankruptcy Rules 2002 and 9013, a true and correct copy of the attached Notice to Abandon Property was sent via electronic service or by United States Mail, postage prepaid, to parties listed on the attached service list.

*/s/ Timothy L. Wentworth*

TIMOTHY L. WENTWORTH

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 19-31737<br>Southern District of Texas<br>Houston<br>Wed Oct 16 16:19:55 CDT 2019 | Advancial Federal Credit Union<br>1845 Woodall Rogers Fwy.<br>Suite 1300<br>Dallas, TX 75201-2260 | (p)LIFTFUND INC<br>2007 WEST MARTIN STREET<br>SAN ANTONIO TX 78207-2630 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Advancial Fcu<br>Attn: Bankruptcy Department<br>1845 Woodall Rodgers Fwy Ste 1300<br>Dallas, TX 75201-2260 |
| Advancial Federal Credit Union<br>1845 Woodall Rodgers Frwy<br>Suite 1300<br>Dallas, Texas 75201-2260 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>14090 Southwest Fwy Ste 408<br>Sugar Land, TX 77478-3682 |
| Amex<br>4315 S 2700 W<br>Salt Lake Cty, UT 84184-0001 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | BBVA Compass<br>Attn: Bankruptcy<br>Po Box 11830<br>Birmingham, AL 35202-1830 |
| Bank Of America<br>4909 Savarese Cir<br>Tampa, FL 33634-2413 | Bluevine Capital Inc.<br>401 Warren St Ste 300<br>Redwood City, CA 94063-1578 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Celtic Bank<br>268 S State St<br>Salt Lake Cty, UT 84111-5314 | Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Citi<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Comcast Business<br>9602 S 300 W Ste B<br>Sandy, UT 84070-3302 |
| DLI Assets Bravo, LLC<br>c/o Heba K. Carter<br>Parker, Simon & Kokolis, LLC<br>110 N Washington St Ste 500<br>Rockville, MD 20850-2230 | Dedicated Commerical Recovery<br>1970 Oakcrest Ave Ste 217<br>Roseville, MN 55113-2624 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Personal Loan<br>Attn: Bankruptcy<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | Edge IT Corp<br>1402 Shepard Dr Ste 100<br>Sterling, VA 20164-4425 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Frost Bank<br>Po Box 1600<br>San Antonio, TX 78296-1600 | (p)FUNDBOX  INC<br>300 MONTGOMERY ST<br>SUITE 900<br>SAN FRANCISCO CA 94104-1921 |

| | | |
|---|---|---|
| Global Edge Solutions<br>2829 Technology Forest Blvd Ste 280a<br>Spring, TX 77381-3913 | HDFC Limited<br>Ramon House, H T Parekh Marg<br>169, Backbay Reclamation<br>Churchgate, Mumbai 400020<br>India | Hadiamondstar Software Solutions LLC<br>9477 Silver King Ct Ste B<br>Fairfax, VA 22031-4724 |
| Independence Bank<br>1370 S County Trl<br>E Greenwich, RI 02818-1625 | Insperity<br>19001 Crescent Springs Dr<br>Kingwood, TX 77339-3802 | JPMorgan Chase Bank<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| JPMorgan Chase Bank<br>Po Box 659809<br>San Antonio, TX 78265-9109 | JPMorgan Chase Bank<br>Po Box 78039<br>Phoenix, AZ 85062-8039 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| JSK System<br>29 Barraclough Blvd<br>Halton Hills, ON L7G 0E8 | Jasvir Kandola (JSK Systems Inc)<br>29 Barraclough Blvd<br>Halton Hills, Ontario Canada L7G0E8 | Jeffrey Zachter<br>2 University Plaza, Suite 205<br>Hackensack NJ 07601-6211 |
| Kabbage<br>Po Box 77081<br>Atlanta, GA 30357-1081 | Loan Builder<br>c/o Swift Financial, LLC<br>3505 Silverside Rd<br>Wilmington, DE 19810-4905 | Member Home Loan Llc<br>9601 Jones Rd Ste 108<br>Houston, TX 77065-3877 |
| Morson International<br>10333 Richmond Ave Ste 445<br>Houston, TX 77042-4146 | Morson International<br>c/o Seth Payne<br>9545 Katy Fwy Ste 200<br>Houston, TX 77024-1469 | N 9 IT Services<br>Flat No 502, PNR Hill View Apartment<br>Telangana - 500049, India |
| Nuskill LLC<br>1035 Dairy Ashford Rd Ste 220<br>Houston, TX 77079-4600 | PayPal Credit<br>Po Box 5138<br>Timonium, MD 21094-5138 | People's Trust Federal Credit Union<br>P.O. Box 4511<br>Houston, TX 77210-4511 |
| Peoplestrust<br>413 Bastrop St<br>Houston, TX 77003-2201 | Priserve Consulting Inc<br>1035 Dairy Ashford Rd Ste 220<br>Houston, TX 77079-4600 | Priserve Engineering Inc<br>1035 Dairy Ashford Rd Ste 220<br>Houston, TX 77079-4600 |
| Rakesh Jain<br>12519 Quartz Ln<br>Dayton, TX 77535-3862 | Silverline Services, Inc.<br>1334 Peninsula Blvd Ste 160<br>Hewlett, NY 11557-1226 | Silverline Services, Inc.<br>c/o Alan R. Scheinthal<br>4635 Southwest Fwy Ste 720<br>Houston, TX 77027-7105 |
| Swift Financial LLC<br>625 WEST RIDGE BUILDING E SUITE 207<br>CONSHOHOCKEN PA 19428-3215 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | T2M Consulting Services<br>399 Campus Dr Ste 150<br>Somerset, NJ 08873-1168 |

| | | |
|---|---|---|
| Tektree LLC<br>1106 Drummond Plz<br>Newark, DE 19711-5705 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | U.S. Small Business Administration<br>8701 S. Gessner St., Ste. 1200<br>Houston, TX 77074-2944 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United States Small Business Administration<br>2 20th St N Ste 320<br>Birmingham, AL 35203-4002 | Universal Technical Services<br>909 W Esplanade Ave Ste 108<br>Kenner, LA 70065-2700 |
| Vaktech Corporation LLC<br>101 Morgan Ln Ste 303<br>Plainsboro, NJ 08536-3345 | Veritex Bank<br>1601 Elm St Ste 3700<br>Dallas, TX 75201-4798 | Zirlen Technologies Inc<br>4300 Whitwick Pl<br>College Sta, TX 77845-4893 |
| Aishwarya Lakshmi<br>1023 Enclave Sq S<br>Houston, TX 77077-7614 | Lowell T Cage<br>Cage Hill and Niehaus LLP<br>5851 San Felipe<br>Suite 950<br>Houston, TX 77057-8021 | Michael L. Hardwick<br>Michael Hardwick Law, PLLC<br>2200 North Loop West, Suite 116<br>Houston, TX 77018-1753 |
| Saumen Prasad<br>1023 Enclave Sq S<br>Houston, TX 77077-7614 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LiftFund, Inc.<br>2007 W. Martin St<br>San Antonio, TX 78207 | Discover Financial<br>Attn: Bankruptcy Department<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Elan<br>Po Box 790408<br>Saint Louis, MO 63179-0408 |
| (d)Elan Financial Service<br>Attn: Bankruptcy 4801 Frederica Street<br>Owensboro, KY 42301 | Fundbox<br>300 Montgomery St Ste 900<br>San Francisco, CA 94104-1921 | (d)Liftfund<br>2007 W Martin St<br>San Antonio, TX 78207 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Zirlen Technologies | (u)Housing Development Finance Corporation Li<br>Ramon House 169 Backbay Reclamation<br>Churchgate, Mumbai 400020 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

(u)LLC Member Home Loan

End of Label Matrix
Mailable recipients    72
Bypassed recipients     4
Total                  76