# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS



In Re: Saumen Prasad
Aishwarya Lakshmi
**Debtor(s)**

Case No.: 19–31737

Chapter: 7

ENTERED
12/12/2019

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Lowell T Cage is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 12/12/19

_____
Jeffrey P. Norman
United States Bankruptcy Judge